Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
    nvandyk@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
    nsolomon@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
    abowman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Movant Dr. Linda R.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEARCH AND SEIZURE OF BOX NO. 8309 AT U.S. PRIVATE VAULTS<br><br><br>Plaintiff,<br><br>UNITED STATES OF AMERICA,<br><br>Defendant, | CASE NO. 2:21-cv-03554<br><br>**DECLARATION OF NICOLE R. VAN DYK IN SUPPORT OF COMPLAINT (MOTION) FOR RELIEF UNDER FED. R. CRIM. PRO. 41; REQUESTING INVENTORIES AND RECORDS REGARDING MISSING PROPERTY** |

3715534.1

## DECLARATION OF NICOLE R. VAN DYK

I, Nicole R. Van Dyk, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Movant Dr. Linda R. in this action. I make this declaration in support of the Complaint (Motion) for Relief Under Federal Rule of Criminal Procedure 41; Requesting Inventories And Records Regarding Missing Property. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Dr. R. is a semi-retired octogenarian who lives in the Los Angeles area. While Dr. R. and I met with agents from the FBI to receive her property, she explained to us that she had invested her retirement savings in a collection of gold and silver coins for more than two decades, which she stored in recent years in Box 8309 at the U.S. Private Vaults ("USPV") facility at 9182 West Olympic Blvd. in Beverly Hills, along with cash. Dr. R. also explained that she utilized her box at USPV to protect her savings from theft and what she perceived to be instability in the financial and banking systems. I am informed and believe that as of March 2021, Dr. R.'s box contained a significant portion of her retirement assets, as she lost her primary source of income from a rental property due to the COVID-19 crisis.

3. On or around March 22, 2021, the Government seized the contents of Dr. R.'s USPV box (No. 8309).

4. I am informed and believe that after the seizure of her property at USPV, Dr. R. spoke with a government agent and identified herself as the owner of Box 8309 and provided a detailed description of the contents of that box. In return, she received a form email saying she would be contacted within two months.

5. Attached hereto as Exhibit A is a true and correct copy of an April 16, 2021, letter sent by my firm to AUSA Andrew Brown regarding Dr. R.'s box at USPV. Dr. R's full name in Exhibit A has been redacted by my office to protect Dr. R's safety and privacy

6.     On April 21, 2021, Dr. R. and I met with two agents from the FBI to obtain the gold and silver coins the Government seized from her box at USPV.  When the agents arrived with Dr. R.'s property, they verified her ownership of Box 8309 by testing her UPSV key to ensure that it opened the lock on the door to Box 8309, which door had been detached from the "nest" of safe deposit boxes and which the agents had brought with them to the meeting.

7.     The Government has informed me that the cash seized from Dr. R.'s box was deposited into the Government's forfeiture account and the cash equivalent would be wired at a future date.  Dr. R. has still not received her cash.  Nor has the Government informed her how much cash they seized.

8.     Attached hereto as Exhibit B is a true and correct copy of the receipt for Dr. R.'s property that the Government agents gave me on April 21, 2021.  Dr. R.'s name and address as a portion of the Case ID were redacted by my office to protect Dr. R's safety and privacy.

9.     In anticipation of meeting with the agents, and to ensure the return of all of the property that had been contained in her box, Dr. R. prepared a detailed list of each type of coin she believed she had in her box at the time it was seized, along with the amount of each type.  On April 21, 2021, she and I used that list to count the coins returned by the agents, with their assistance, and discovered that at least forty 1 oz. Gold American Eagle coins, with an estimated value of about $75,000, were missing.

10.    At the conclusion of the review, the agents amended the property receipt to reflect Dr. R.'s claim for the missing coins.  They also assured Dr. R. and me that the search, seizure, and inventory of Dr. R.'s property were well documented by photographs and video.  The agents stated that due to the sheer number of boxes at USPV, the agents conducting the search and seizure process had to use general, rather than detailed, descriptions in the written inventories as the search went on.  The agents also stated that the description of the property on the property receipt was copied from the property inventory per FBI policy.

11.     Attached hereto as Exhibits C and D are true and correct copies of letters sent from my office to Andrew Brown on April 21 and 22, 2021, respectively.  Dr. R's full name has been redacted by my office to protect Dr. R's safety and privacy

12.     Attached hereto as Exhibit E is true and correct copy of a portion of the affidavit related to USPV that addresses the inventory process of the material in the safe deposit boxes at USPV.

13.     Attached hereto as Exhibit F is a true and correct copy of the seizure warrant related to the seizure of the "nests" of safe deposit boxes at USPV and a copy of the inventory filed in connection with that warrant.

14.     In addition to Dr. R., my firm represents another retiree who kept retirement funds in gold and silver in a box at USPV.  When the Government returned his possessions, the receipt's description of the property stated in its entirety, "various miscellaneous documents, and various silver and gold colored coins."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on April 26, 2021, at Los Angeles, California.

Nicole R. Van Dyk

# EXHIBIT A

**Benjamin N. Gluck**
bgluck@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

File 82000.BNG

April 16, 2021

**Via E-Mail**

Andrew Brown
Assistant United States Attorney
United States Attorney's Office, CACD
312 N. Spring St.
Suite 1200
Los Angeles, CA 90012
E-Mail: andrew.brown@usdoj.gov

      Re:    **U.S. Private Vaults - Box Belonging to Dr. █ Linda R███**

Dear Mr. Brown:

This office represents Dr. █ Linda R███ in connection with the seizure of her property from U.S. Private Vaults on March 22, 2021. In the future, all government communications with Dr. R███ on this subject should be directed through this office.

Prior to retaining this firm, Dr. R███ contacted the government and identified herself as the owner of the contents of Box 8309. She also provided a detailed description of the contents of the box, including a collection of gold and silver coins and cash from the sale of a property nearly three decades ago, to a Government agent involved with this case. Dr. R███ has been informed that she will be contacted by the FBI within 30 to 60 days regarding the disposition of her property. However, she has not been provided with any Government contact information or means of ensuring the safe return of her property.

While Dr. R███ has attempted to pursue the return of her property through the Government's claim procedures without resorting to seeking other means of relief, the search and seizure of Dr. R███'s property – the ostensible basis of which still has not been disclosed to Dr. R███ or this firm – and the claims procedures put in place have caused her significant hardship. Dr. R███ is an octogenarian with serious health issues, whose USPV safe deposit box contained the vast majority of her retirement assets. Dr. R███ has lost her primary source of income (income from rental property) due to the COVID-19 crisis, and the cash and valuables Dr. R███ stored in her box are her

Andrew Brown
April 16, 2021
Page 2

primary source of her retirement funds.  Being denied access to those assets for several weeks now, and possibly for another two months or longer without any idea of when she may recover them, has caused Dr. R███ serious emotional distress and exacerbated her health concerns, putting her in an untenable situation.

In light of the fact that Dr. R███ has done everything in her power to comply with the Government's claim procedures, and the extremely difficult position that such compliance has put her in, please advise when and by what means Dr. R███'s property will be returned to her, and whom we may contact to arrange for that return.

Thank you in advance for your prompt attention to Dr. R███'s pressing problem.

Sincerely,

Benjamin N. Gluck

BNG:adb

3713426.1

# EXHIBIT B

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: 272E-LA- ███████

On (date) 04/21/2021

item (s) listed below were:
- [ ] Collected/Seized
- [ ] Received From
- [✓] Returned To
- [ ] Released To

(Name) Linda █ R█████

(Street Address) ███████████

(City) ████████████

Description of Item (s): 1. Misc. coins

2. Misc. coins

3. Misc. coins

4. Misc. coins

5. Misc. coins

6. Misc. coins

7. Misc. coins

8. Misc. coins

9. Misc. documents

10. Misc. packaging materials

11. Misc. packaging materials

☒ claim of 2 20-coin tubes of 1oz $50 gold american eagle coins
red tops

4/21/21  1:52 pm

Received By: ████████████

Received From: ████████ (Signature)

Printed Name/Title: ████████████

Printed Name/Title: Cody Bescript / FBI

# EXHIBIT C



**Nicole R. Van Dyk**
nvandyk@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

April 21, 2021

**Via E-Mail**

Andrew Brown
Assistant United States Attorney
United States Attorney's Office, CACD
312 N. Spring St.
Suite 1200
Los Angeles, CA 90012

E-Mail: abrown@usdoj.gov

> Re:   **U.S. Private Vaults - Box Belonging to Dr. █ Linda R█████**

Dear Mr. Brown:

I write in regard to the property seized from U.S. Private Vaults Box 8309, which belongs to our client, Dr. █ Linda R█████.  As my colleague, Benjamin Gluck, explained in his letter to you dated April 16, 2021, Dr. R█████ is an 80-year-old woman with serious health issues, who has lost her primary source of income due to the COVID-19 crisis.  She stored the vast majority of her retirement savings – including a collection of gold and silver coins and cash from the sale of a property nearly three decades ago – in her USPV box.

Today, Dr. R█████ and I met with FBI Special Agents Calixto and Bescript at █████████████████ to receive her property.  In preparation for the meeting, Dr. R█████ assembled a detailed list of the coins she had stored in her box, including the type of coins she had and the amount of each type.  With the assistance of Agents Calixto and Bescript, we counted the coins in the evidence bags that were returned to Dr. R█████ and compared them to her list.  Unfortunately, two tubes of 1oz. Gold American Eagle coins were missing from the contents returned to her.  Those tubes contained a total of 40 coins worth approximately $70,000-$80,000.[1]

---

[1]   Incredibly, the "inventory" for Dr. R█████'s safety deposit box says merely "Misc. Coins," with no indication of types or quantities.

Andrew Brown
April 21, 2021
Page 2


For the past four weeks, Dr. R████ has been severely distraught by the Government's seizure of her retirement funds.  To say that she is significantly distressed by the fact that some of her property is now missing, is a gross understatement.  Though Agents Calixto and Bescript agreed to attempt to locate the missing coins, I am also bringing this to your attention so that we can work together to resolve this as soon as possible.  To that end, we are requesting that you provide us with the following materials:

> 1.  A copy of any inventory done of Box 8309 by the FBI, your office, or any other law enforcement agency; and

> 2.  Copies of any pictures or videos taken documenting the search, seizure, or contents of Box 8309.[2]

We understand that the Government is dealing with many claimants.  But the need to allocate resources to a search and seizure operation of the scope undertaken at USPV could not have been a surprise, and the stress and anxiety caused to Dr. R████ is already affecting her health.  Therefore, we must insist that this matter be addressed on an urgent basis.  In addition to providing the information requested above, please advise immediately regarding how the Government plans to solve this problem.

Sincerely,

Nicole R. Van Dyk

NRV:adb

3714753.1

---

[2]    Agents Calixto and Bescript assured Dr. R████ that the seizure of her property had been well documented by both photographs and video.

# EXHIBIT D



**Nicole R. Van Dyk**
nvandyk@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

April 22, 2021

**Via E-Mail**

Andrew Brown
Assistant United States Attorney
United States Attorney's Office, CACD
312 N. Spring St.
Suite 1200
Los Angeles, CA 90012

E-Mail: abrown@usdoj.gov

      Re:    **U.S. Private Vaults - Box Belonging to Dr. ▮ Linda R▮**

Dear Mr. Brown:

      I write to follow up on the letter I sent to you yesterday regarding U.S. Private Vaults Box 8309 belonging to Dr. ▮ Linda R▮.  In that letter, I requested the production of all inventories, pictures, and videos documenting the search, seizure, or contents of Dr. R▮'s box because the property returned to her yesterday was missing at least 40 1oz. Gold American Eagle coins.  In addition to those items, I am also requesting the immediate production of all protocols and procedures related to the inventorying or storage of Dr. R▮'s property.

      As I stated yesterday, it is critical that this matter be addressed on an urgent basis in light of the stress it is placing on Dr. R▮.  Accordingly, I ask that you produce each of the above items forthwith.

                  Sincerely,

                  Nicole R. Van Dyk

NRV:adb

3715071.1

14

# EXHIBIT E

**T.   NOTIFYING USPV CUSTOMERS HOW TO CLAIM THEIR PROPERTY**

108. The search and seizure warrants the government seeks list the nests of safety deposit boxes at USPV among the items to be seized.  These nests of safety deposit boxes are evidence and instrumentalities of USPV's criminality.  The warrants authorize the seizure of the nests of the boxes themselves, _not_ their contents.  By seizing the nests of safety deposit boxes, the government will necessarily end up with custody of what is inside those boxes initially.  Agents will follow their written inventory policies to protect their agencies from claims of theft or damage to the contents of the boxes, and to ensure that no hazardous items are unknowingly stored in a dangerous manner.  Agents will attempt to notify the lawful owners of the property stored in the boxes how to claim their property, such as by posting that information on the internet or at

39

84

USPV itself, or by contacting the owners directly.  In order to notify the owners directly, agents will, in accordance with their policies regarding an unknown person's property, look for contact information or something which identifies the owner.[40]   (USPV recommends that box renters include their or their designees' telephone numbers on a note in the box in the event that USPV removes the contents for nonpayment of rental fees.)



U.

---

[40] The FBI policy regarding taking custody of an unknown person's property provides, in part, that agents "inspect the property as necessary to identify the owner and preserve the property for safekeeping."  The inspection "should extend no further than necessary to determine ownership."

85

# EXHIBIT F

# United States District Court

### CENTRAL ──────── DISTRICT OF ──────── CALIFORNIA ────────

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Certain business equipment located at
U.S. Private Vaults, Inc.,
9182 West Olympic Blvd.,
Beverly Hills, CA 90212

**SEIZURE WARRANT**

**CASE NUMBER:**   2:21-MJ-01307

TO: any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>Special Agent Lynne Zellhart</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely, the business equipment described in the attachment,

**which are** subject to seizure and forfeiture pursuant to 18 U.S.C. § 982(b), 21 U.S.C. § 853(f) and 31 U.S.C. § 5317(c).

**concerning violations of** 18 U.S.C. § 1956, 21 U.S.C. § 841, and 31 U.S.C. § 5324, and conspiracy to commit the same.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within **14** days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant and inventory to the United States Magistrate on duty at the time of the return through a filing with the Clerk's Office.

_____

**Date and Time Issued**

at   Los Angeles, California

_____

_____

Honorable Steve Kim, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

AUSA Andrew Brown, x0102, 11th Floor

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>3/17/2021 | DATE AND TIME WARRANT EXECUTED<br>3/22/2021 - 7:59 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH AT THE BUSINESS |

INVENTORY MADE IN THE PRESENCE OF    SA Lynne K. Zellhart

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1. Asus Zen pad Model P023
2. Dell Inspiration
3. Dell Vostro P/N 40.3GA01.021
4. USPV Database Exports from Cloud
5. Money Counter - Cummins/Allison w/power cord
6. Money Counter - Bill Counter + power cord
7. Iris ID icam 700 (1)
8. Iris ID icam 700 (2)
9. Schlange Biometric Hand Key CR (1)
10. Schlange Biometric Hand Key CR (2)
11. Nest of Safe Deposit boxes, including shelving, boxes, hardware and bond tins.
12. Box of Keys
13. Loose Keys

CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 4/9/2021          Lynne K. Zell
                        Executing officer's signature

                        SA Lynne K. Zellhart
                        Printed name and title

## ATTACHMENT—USPV SEIZURE WARRANT

**ITEMS TO BE SEIZED**

The items to be seized are the following pieces of business equipment located at U.S. PRIVATE VAULTS, INC., 9182 WEST OLYMPIC BLVD., BEVERLY HILLS, CA 90212:

        a.    The business computers;

        b.    The money counters;

        c.    The nests of safety deposit boxes and keys.  This warrant does not authorize a criminal search or seizure of the contents of the safety deposit boxes.  In seizing the nests of safety deposit boxes, agents shall follow their written inventory policies to protect their agencies and the contents of the boxes.  Also in accordance with their written policies, agents shall inspect the contents of the boxes in an effort to identify their owners in order to notify them so that they can claim their property;

        d.    The digital and video surveillance and security equipment; and

        e.    The biometric scanners.