Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
    nvandyk@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
    nsolomon@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
    abowman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Movant Dr. Linda R.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEARCH AND SEIZURE OF BOX NO. 8309 AT U.S. PRIVATE VAULTS<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA<br><br>        Defendant. | CASE NO. 2:21-cv-03554<br><br>**NOTICE OF RELATED CASES**<br><br>**[Local Rule 83-1.3.1]** |

3715540.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Dr. Linda R. ("Movant") hereby provides notice of related cases pursuant to Local Rule 83-1.3.1.

This case is related to several civil cases pending in this district: *Doe v. United States of America, et al.*, Case No. 2:21-cv-02803-RGK-MAR, before United States District Judge R. Gary Klausner, *Roe v. United States of America, et al.*, Case No. 2:21-cv-02919-RGK-MAR; *Moe v. United States of America, et al.*, Case No. 2:21-cv-02990-RGK-MAR; *Coe v. United States of America, et al.*, Case No. 21-cv-3019-RGK-MAR; *Does 1-6 v. United States of America*, Case No. 21-cv-3254-RGK-MAR; *Michael Magee v. United States of America*, Case No. 21-cv-3294-RGK-MAR; *Mitchell Magee v. United States of America*, 21-cv-3298-RGK-MAR; and *Loe v. United States of America*, Case No. 21-cv-3348-RGK-MAR

First, this case arises from the same or a closely related transaction, happening, or event as those already assigned to Judge Klausner. Namely, all of the cases involve plaintiffs who leased safety deposit boxes at U.S. Private Vaults ("USPV"), located at 9182 West Olympic Boulevard, Beverly Hills, California 90212, and the Government's search and seizure of the contents of those safe deposit boxes.

Second, all of the cases call for determination of the same or substantially related or similar questions of law and fact, namely the propriety of the Government's search, seizure, and handling of the plaintiffs' property.

Third, because the issues and relief in each of the cases are similar; therefore, there would be a substantial duplication of labor if the cases were heard by different judges.

| | | |
|---|---|---|
| 1 | DATED: April 26, 2021 | Benjamin N. Gluck |
| 2 | | Nicole R. Van Dyk |
| | | Naomi S. Solomon |
| 3 | | Ashley D. Bowman |
| 4 | | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. |

By: _____
Benjamin N. Gluck
Attorneys for Movant Dr. Linda R.