# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Search and Seizure of Box No. 8309 at U.S. Private Vaults <br><br> v. <br><br> United States of America <br><br> PLAINTIFF(S) / DEFENDANT(S) | **CASE NUMBER** <br><br> 2:21-cv-03554 VAP (MARx) <br><br> **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_____April 28, 2021_____          _____/s/ Gary Klausner_____
Date                                                     United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____          _____
Date                                         United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __2:21-cv-02803-RGK (MARx)__ and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __NA__ to Magistrate Judge __NA__.

On all documents subsequently filed in this case, please substitute the initials __RGK (MARx)__ after the case number in place of the initials of the prior judge, so that the case number will read __2:21-cv-03554 RGK (MARx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (03/21)    **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)**