Benjamin N. Gluck - State Bar No. 203997
  bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
  nvandyk@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
  nsolomon@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
  abowman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Movant Dr. Linda R.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEARCH AND SEIZURE OF BOX NO. 8309 AT U.S. PRIVATE VAULTS<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | CASE NO. 2:21-cv-03554-RGK-MAR<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT UNITED STATES OF AMERICA (BY CERTIFIED MAIL - FRCP 4)**<br><br>Assigned to Hon. R. Gary Klausner<br><br>Complaint Filed: April 7, 2021 |

3716677.1

1. I, Sandra Ramirez, certify and declare that, at the time of service, I was over 18 years of age and not a party to the above-captioned action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Twenty-Third Floor, Los Angeles, California 90067. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

2. Pursuant to F.R.C.P. 4, on May 3, 2021, I served a true copy of the following listed documents, in the manner and on the parties listed and described below:

    a. **List of Documents Served**:

        1. Complaint (Motion) for Relief Under Fed. R. Crim. Pro. 41; Requesting Inventories and Records Regarding Missing Property (Dkt. No. 1);

        2. Civil Cover Sheet (Dkt. No. 2);

        3. Notice of Interested Parties (Dkt. No. 3);

        4. Notice of Related Cases (Dkt. No. 5);

        5. Notice of Assignment to United States Judges (Dkt. No. 6)

        6. Notice To Parties Of Court−Directed ADR Program (Dkt. No. 7);

        7. Summons in a Civil Action Issued to United States of America (Dkt. No. 8);

        8. Order Re Transfer of Case to Judge R. Gary Klausner (Dkt. No. 9); and

        9. Standing Order of Judge R. Gary Klausner (Dkt. No. 10).

    b. **Manner of Service**: I served the documents listed in paragraph 2.a. above via **CERTIFIED MAIL** - by placing a true copy thereof in two sealed envelopes addressed to the parties listed in paragraph 2.c. below, and personally depositing the same with the U.S. Postal Service office located in Los Angeles, California, with certified mail postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

  **c. Party Served: UNITED STATES OF AMERICA.**

The documents listed in paragraph 2.a. above were enclosed in two separate sealed envelopes and addressed as follows:

**UNITED STATES OF AMERICA**
**c/o Civil Process Clerk**
**United States Attorney's Office**
**Federal Building**
**300 N. Los Angeles Street, Suite 7516**
**Los Angeles, California 90012**

**UNITED STATES ATTORNEY GENERAL**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington DC 20530-0001**

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 3, 2021, at Los Angeles, California.

                     SANDRA RAMIREZ