# EXHIBIT A

**Benjamin N. Gluck**
bgluck@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

File 82000.BNG

April 16, 2021

**Via E-Mail**

Andrew Brown
Assistant United States Attorney
United States Attorney's Office, CACD
312 N. Spring St.
Suite 1200
Los Angeles, CA 90012
E-Mail: andrew.brown@usdoj.gov

    Re:    **U.S. Private Vaults - Box Belonging to Dr. ▆ Linda R▆▆▆**

Dear Mr. Brown:

    This office represents Dr. ▆ Linda R▆▆▆ in connection with the seizure of her property from U.S. Private Vaults on March 22, 2021. In the future, all government communications with Dr. R▆▆▆ on this subject should be directed through this office.

    Prior to retaining this firm, Dr. R▆▆▆ contacted the government and identified herself as the owner of the contents of Box 8309. She also provided a detailed description of the contents of the box, including a collection of gold and silver coins and cash from the sale of a property nearly three decades ago, to a Government agent involved with this case. Dr. R▆▆▆ has been informed that she will be contacted by the FBI within 30 to 60 days regarding the disposition of her property. However, she has not been provided with any Government contact information or means of ensuring the safe return of her property.

    While Dr. R▆▆▆ has attempted to pursue the return of her property through the Government's claim procedures without resorting to seeking other means of relief, the search and seizure of Dr. R▆▆▆'s property – the ostensible basis of which still has not been disclosed to Dr. R▆▆▆ or this firm – and the claims procedures put in place have caused her significant hardship. Dr. R▆▆▆ is an octogenarian with serious health issues, whose USPV safe deposit box contained the vast majority of her retirement assets. Dr. R▆▆▆ has lost her primary source of income (income from rental property) due to the COVID-19 crisis, and the cash and valuables Dr. R▆▆▆ stored in her box are her

Andrew Brown
April 16, 2021
Page 2

primary source of her retirement funds.  Being denied access to those assets for several weeks now, and possibly for another two months or longer without any idea of when she may recover them, has caused Dr. R█████ serious emotional distress and exacerbated her health concerns, putting her in an untenable situation.

      In light of the fact that Dr. R█████ has done everything in her power to comply with the Government's claim procedures, and the extremely difficult position that such compliance has put her in, please advise when and by what means Dr. R█████'s property will be returned to her, and whom we may contact to arrange for that return.

      Thank you in advance for your prompt attention to Dr. R█████'s pressing problem.

                          Sincerely,

                          Benjamin N. Gluck

BNG:adb

3713426.1