# EXHIBIT C



Nicole R. Van Dyk
nvandyk@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

April 21, 2021

**Via E-Mail**

Andrew Brown
Assistant United States Attorney
United States Attorney's Office, CACD
312 N. Spring St.
Suite 1200
Los Angeles, CA 90012

E-Mail: abrown@usdoj.gov

    Re:    **U.S. Private Vaults - Box Belonging to Dr. ▌ Linda R▌**

Dear Mr. Brown:

    I write in regard to the property seized from U.S. Private Vaults Box 8309, which belongs to our client, Dr. ▌ Linda R▌. As my colleague, Benjamin Gluck, explained in his letter to you dated April 16, 2021, Dr. R▌ is an 80-year-old woman with serious health issues, who has lost her primary source of income due to the COVID-19 crisis. She stored the vast majority of her retirement savings – including a collection of gold and silver coins and cash from the sale of a property nearly three decades ago – in her USPV box.

    Today, Dr. R▌ and I met with FBI Special Agents Calixto and Bescript at ▌▌▌ to receive her property. In preparation for the meeting, Dr. R▌ assembled a detailed list of the coins she had stored in her box, including the type of coins she had and the amount of each type. With the assistance of Agents Calixto and Bescript, we counted the coins in the evidence bags that were returned to Dr. R▌ and compared them to her list. Unfortunately, two tubes of 1oz. Gold American Eagle coins were missing from the contents returned to her. Those tubes contained a total of 40 coins worth approximately $70,000-$80,000.[1]

---

[1] Incredibly, the "inventory" for Dr. R▌'s safety deposit box says merely "Misc. Coins," with no indication of types or quantities.

Andrew Brown
April 21, 2021
Page 2

    For the past four weeks, Dr. R████ has been severely distraught by the Government's seizure of her retirement funds. To say that she is significantly distressed by the fact that some of her property is now missing, is a gross understatement. Though Agents Calixto and Bescript agreed to attempt to locate the missing coins, I am also bringing this to your attention so that we can work together to resolve this as soon as possible. To that end, we are requesting that you provide us with the following materials:

    1. A copy of any inventory done of Box 8309 by the FBI, your office, or any other law enforcement agency; and

    2. Copies of any pictures or videos taken documenting the search, seizure, or contents of Box 8309.[2]

    We understand that the Government is dealing with many claimants. But the need to allocate resources to a search and seizure operation of the scope undertaken at USPV could not have been a surprise, and the stress and anxiety caused to Dr. R████ is already affecting her health. Therefore, we must insist that this matter be addressed on an urgent basis. In addition to providing the information requested above, please advise immediately regarding how the Government plans to solve this problem.

    Sincerely,

    Nicole R. Van Dyk

NRV:adb
3714753.1

---

[2] Agents Calixto and Bescript assured Dr. R████ that the seizure of her property had been well documented by both photographs and video.