n/a

# EXHIBIT D



Nicole R. Van Dyk
nvandyk@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

April 22, 2021

**Via E-Mail**

Andrew Brown
Assistant United States Attorney
United States Attorney's Office, CACD
312 N. Spring St.
Suite 1200
Los Angeles, CA 90012

E-Mail: abrown@usdoj.gov

       Re:    **U.S. Private Vaults - Box Belonging to Dr. ▮ Linda R▮**

Dear Mr. Brown:

    I write to follow up on the letter I sent to you yesterday regarding U.S. Private Vaults Box 8309 belonging to Dr. ▮ Linda R▮. In that letter, I requested the production of all inventories, pictures, and videos documenting the search, seizure, or contents of Dr. R▮'s box because the property returned to her yesterday was missing at least 40 1oz. Gold American Eagle coins. In addition to those items, I am also requesting the immediate production of all protocols and procedures related to the inventorying or storage of Dr. R▮'s property.

    As I stated yesterday, it is critical that this matter be addressed on an urgent basis in light of the stress it is placing on Dr. R▮. Accordingly, I ask that you produce each of the above items forthwith.

Sincerely,

*[signature]*

Nicole R. Van Dyk

NRV:adb

3715071.1