# EXHIBIT E



T.   NOTIFYING USPV CUSTOMERS HOW TO CLAIM THEIR PROPERTY

108. The search and seizure warrants the government seeks list the nests of safety deposit boxes at USPV among the items to be seized. These nests of safety deposit boxes are evidence and instrumentalities of USPV's criminality. The warrants authorize the seizure of the nests of the boxes themselves, not their contents. By seizing the nests of safety deposit boxes, the government will necessarily end up with custody of what is inside those boxes initially. Agents will follow their written inventory policies to protect their agencies from claims of theft or damage to the contents of the boxes, and to ensure that no hazardous items are unknowingly stored in a dangerous manner. Agents will attempt to notify the lawful owners of the property stored in the boxes how to claim their property, such as by posting that information on the internet or at

---

39

```
1  USPV itself, or by contacting the owners directly.  In order to
2  notify the owners directly, agents will, in accordance with their
3  policies regarding an unknown person's property, look for contact
4  information or something which identifies the owner.⁴⁰   (USPV
5  recommends that box renters include their or their designees'
6  telephone numbers on a note in the box in the event that USPV removes
7  the contents for nonpayment of rental fees.)
8       U.
```



---

⁴⁰ The FBI policy regarding taking custody of an unknown person's property provides, in part, that agents "inspect the property as necessary to identify the owner and preserve the property for safekeeping." The inspection "should extend no further than necessary to determine ownership."