# EXHIBIT F

# United States District Court

<u>CENTRAL</u>        **DISTRICT OF**        <u>CALIFORNIA</u>

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Certain business equipment located at
U.S. Private Vaults, Inc.,
9182 West Olympic Blvd.,
Beverly Hills, CA 90212

**SEIZURE WARRANT**

**CASE NUMBER:**   2:21-MJ-01307

TO: any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>Special Agent Lynne Zellhart</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely, the business equipment described in the attachment,

**which are** subject to seizure and forfeiture pursuant to 18 U.S.C. § 982(b), 21 U.S.C. § 853(f) and 31 U.S.C. § 5317(c).

**concerning violations of** 18 U.S.C. § 1956, 21 U.S.C. § 841, and 31 U.S.C. § 5324, and conspiracy to commit the same.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within **14** days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant and inventory to the United States Magistrate on duty at the time of the return through a filing with the Clerk's Office.

at    Los Angeles, California

_____
**Date and Time Issued**

_____
Honorable Steve Kim, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_____
**Signature of Judicial Officer**

AUSA Andrew Brown, x0102, 11th Floor

**EXHIBIT F, Page 20**

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 3/17/2021 | DATE AND TIME WARRANT EXECUTED 3/22/2021 - 7:59 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH AT THE BUSINESS |

INVENTORY MADE IN THE PRESENCE OF   SA Lynne K. Zellhart

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1. Asus Zen pad Model P023
2. Dell Inspiration
3. Dell Vostro P/N 40.3GA01.021
4. USPV Database Exports from Cloud
5. Money Counter - Cummins/Allison w/power cord
6. Money Counter - Bill Counter + power cord
7. Iris ID icam 700 (1)
8. Iris ID icam 700 (2)
9. Schlange Biometric Hand Key CR (1)
10. Schlange Biometric Hand Key CR (2)
11. Nest of Safe Deposit boxes, including shelving, boxes, hardware and bond tins.
12. Box of Keys
13. Loose Keys

### CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 4/9/2021

Executing officer's signature

SA Lynne K. Zellhart
Printed name and title

## ATTACHMENT—USPV SEIZURE WARRANT

**ITEMS TO BE SEIZED**

The items to be seized are the following pieces of business equipment located at U.S. PRIVATE VAULTS, INC., 9182 WEST OLYMPIC BLVD., BEVERLY HILLS, CA 90212:

      a.    The business computers;

      b.    The money counters;

      c.    The nests of safety deposit boxes and keys.  This warrant does not authorize a criminal search or seizure of the contents of the safety deposit boxes.  In seizing the nests of safety deposit boxes, agents shall follow their written inventory policies to protect their agencies and the contents of the boxes.  Also in accordance with their written policies, agents shall inspect the contents of the boxes in an effort to identify their owners in order to notify them so that they can claim their property;

      d.    The digital and video surveillance and security equipment; and

      e.    The biometric scanners.