# EXHIBIT G

| | |
|---|---|
| **From:** | Brown, Andrew (USACAC) |
| **To:** | Nicole R. Van Dyk; Benjamin N. Gluck; Ashley D. Bowman |
| **Subject:** | RE: Guide to creating a USAfx account (for discovery Linda R████) |
| **Date:** | Monday, May 3, 2021 6:09:41 PM |

Great.  I just gave you access to the video.  Please watch it and share with your colleagues.  Then kindly dismiss the Dr. R████ lawsuit.  Cheers.

Andrew Brown │ Assistant United States Attorney │ Major Frauds Section
U.S. Attorney's Office Room 1149 │ 312 N. Spring St. │ Los Angeles, CA 90012
Tel: 213-894-0102 │ Fax: 213-894-6269 │ Andrew.Brown@USDOJ.gov

**From:** Nicole R. Van Dyk <nvandyk@birdmarella.com>
**Sent:** Monday, May 3, 2021 6:03 PM
**To:** Brown, Andrew (USACAC) <ABrown3@usa.doj.gov>; Benjamin N. Gluck <bgluck@birdmarella.com>; Ashley D. Bowman <abowman@birdmarella.com>
**Subject:** RE: Guide to creating a USAfx account (for discovery Linda R████)

Thanks, Andrew.  I have set up my account.

**From:** Brown, Andrew (USACAC) <Andrew.Brown@usdoj.gov>
**Sent:** Monday, May 3, 2021 5:52 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>; Ashley D. Bowman <abowman@birdmarella.com>; Nicole R. Van Dyk <nvandyk@birdmarella.com>
**Subject:** Guide to creating a USAfx account (for discovery Linda R████)

We do discovery through the cloud mostly now.  The agents have uploaded the video of Dr. R████ box to USAfx, which works like Box.

First, I need to get you an account.  Second, I then need to give your account access to the discovery folder.  Please reply with your cell phone number, which USAfx will use to text you a password.

Cheers.

Andrew Brown │ Assistant United States Attorney │ Major Frauds Section
U.S. Attorney's Office Room 1149 │ 312 N. Spring St. │ Los Angeles, CA 90012
Tel: 213-894-0102 │ Fax: 213-894-6269 │ Andrew.Brown@USDOJ.gov