Benjamin N. Gluck - State Bar No. 203997
  bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
  nvandyk@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
  abowman@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
  nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Movant Dr. Linda R

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEARCH AND SEIZURE OF BOX NO. 8309 AT U.S. PRIVATE VAULTS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:21-cv-3554 RGK (MAR)<br><br>**DECLARATION OF BENJAMIN N. GLUCK IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION** |

3730315.2

## DECLARATION OF BENJAMIN N. GLUCK

I, Benjamin N. Gluck, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Movant Linda R. ("Movant") in this action. I make this declaration in response to the Court's Order To Show Cause Re Dismissal For Lack Of Prosecution (Dkt. 15). Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. On April 26, 2021, I electronically filed the initial Complaint in this action (Dkt. 1), and on May 3, 2021, my office served the Summons and Complaint on Defendant United States of America by certified mail according to the procedures set out in Fed. R. Civ. P. 4. (*See* Dkt. 12 [Proof of Service]).

3. Assistant United States Attorney Maxwell Coll filed a notice of appearance in this action on behalf of the Defendant on April 30, 2021, subsequent to the filing of the initial Complaint. (Dkt. 11.)

4. On May 17, 2021, I electronically filed a First Amended Complaint ("FAC") in this action. That same day, I received a Notice of Electronic Filing ("NEF") stating that notice of the filing was electronically mailed to Mr. Coll. A true and correct copy of the NEF of the First Amended Complaint is attached as **Exhibit A**.

5. It is my understanding that, pursuant to L.R. 5-3.2.1, following service of the initial Summons and Complaint in this action pursuant to Fed. R. Civ. P. 4 and the voluntary appearance of Maxwell Coll as counsel for Defendant the United States in this action, the electronic NEF issued on May 17, 2021, constituted service of the FAC pursuant to the Federal Rules of Civil Procedure, and the NEF itself constituted proof of service. Therefore, it is my further understanding that the FAC was served on Defendant United States on May 17, 2021.

1  6. If for any reason the Court interprets these rules to require further service of the amended complaint, we stand ready to hand-serve a copy of the FAC on counsel for Defendant upon the Court's direction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on July 12, 2021, at Los Angeles, California.

*/s/ Benjamin N. Gluck*
Benjamin N. Gluck

3730315.2

3

DECLARATION OF BENJAMIN N. GLUCK IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION