# EXHIBIT A

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Monday, May 17, 2021 5:11 PM |
| **To:** | noreply@ao.uscourts.gov |
| **Subject:** | Activity in Case 2:21-cv-03554-RGK-MAR Search and Seizure of Box No. 8309 at U.S. Private Vaults v. United States of America Amended Complaint/Petition |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Gluck, Benjamin on 5/17/2021 at 5:11 PM PDT and filed on 5/17/2021

| | |
|---|---|
| **Case Name:** | Search and Seizure of Box No. 8309 at U.S. Private Vaults v. United States of America |
| **Case Number:** | 2:21-cv-03554-RGK-MAR |
| **Filer:** | Search and Seizure of Box No. 8309 at U.S. Private Vaults<br>Linda R. |
| **Document Number:** | 13 |

**Docket Text:**
**FIRST AMENDED COMPLAINT against Defendant United States of America amending Complaint (Attorney Civil Case Opening), [1], filed by Plaintiff Search and Seizure of Box No. 8309 at U.S. Private Vaults, Linda R. (Attachments: # (1) Declaration of Benjamin N. Gluck ISO First Amended Complaint, # (2) Declaration of Nicole R. Van Dyk ISO First Amended Complaint, # (3) Exhibit A to Van Dyk Declaration, # (4) Exhibit B to Van Dyk Declaration, # (5) Exhibit C to Van Dyk Declaration, # (6) Exhibit D to Van Dyk Declaration, # (7) Exhibit E to Van Dyk Declaration, # (8) Exhibit F to Van Dyk Declaration, # (9) Exhibit G to Van Dyk Declaration)(Attorney Benjamin N Gluck added to party Search and Seizure of Box No. 8309 at U.S. Private Vaults(pty:pla))(Gluck, Benjamin)**


**2:21-cv-03554-RGK-MAR Notice has been electronically mailed to:**

Ashley D Bowman     abowman@birdmarella.com, dlb@birdmarella.com, docket@birdmarella.com

Benjamin N Gluck     bng@birdmarella.com, ale@birdmarella.com, docket@birdmarella.com

Maxwell K Coll     maxwell.coll@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov

Naomi S Solomon     nsolomon@birdmarella.com, rflores@birdmarella.com

Nicole R Van Dyk     nvandyk@birdmarella.com, ale@birdmarella.com, dlt@birdmarella.com, docket@birdmarella.com, nrv@birdmarella.com

**2:21-cv-03554-RGK-MAR Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\1. First Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/17/2021] [FileNumber=31954940-0
] [34a5438599947e070e0b64de7011ebed6040254203518744e047aebf8bd88bdbb94
81d4eb30b7b2293b3318651b8d0529ded83f556bce2bf040d3e839a3c5880]]
**Document description:** Declaration of Benjamin N. Gluck ISO First Amended Complaint
**Original filename:** C:\fakepath\2. Declaration of Benjamin Gluck.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/17/2021] [FileNumber=31954940-1
] [3d60703267288b50ab99a26e983b72d777697c06b3d70dbf7317ec0df92fb4ad82a
a5c9c27ca9ab541766c4c386206678e10493f41e4d7f497c2dbb75cd423f1]]
**Document description:** Declaration of Nicole R. Van Dyk ISO First Amended Complaint
**Original filename:** C:\fakepath\3. Declaration of Nicole Van Dyk.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/17/2021] [FileNumber=31954940-2
] [af489ee5436dfd007300f312d0f23926a24f2a2a839c19c9c0f08e56309e9a6b846
dc680a335bef542cdde22054cee9458098957b3be21d3f764867f8470096a]]
**Document description:** Exhibit A to Van Dyk Declaration
**Original filename:** C:\fakepath\4. Exhibit A to Van Dyk Declaration.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/17/2021] [FileNumber=31954940-3
] [5cf75505cad4f8be589cb091264beca2b348c8295db877913725c9f9ae1824b4567
c5a2c17942e819874b65d3790759ece0bfc79f35312a5099f38b4feb43b11]]
**Document description:** Exhibit B to Van Dyk Declaration
**Original filename:** C:\fakepath\5. Exhibit B to Van Dyk Declaration.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/17/2021] [FileNumber=31954940-4
] [54c62be0aa7ae0dc9844da0b82a5dc712f10e2b54b5f23ad70560d1181aafc691c4
d63bde0a3f64c541fd42bdd17439c8325b05a5d9cffd91993eaf43cea8935]]
**Document description:** Exhibit C to Van Dyk Declaration
**Original filename:** C:\fakepath\6. Exhibit C to Van Dyk Declaration.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/17/2021] [FileNumber=31954940-5
] [799f1e9a99cd696f0f7f98b62bc1dce6d3d0deea2effbabd452bb2814e71cad0aee
83df73daa4e5010f20d0cff7a5a2f2b23be6ec0d1d92d8c625d8e8780e5c2]]
**Document description:** Exhibit D to Van Dyk Declaration
**Original filename:** C:\fakepath\7. Exhibit D to Van Dyk Declaration.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/17/2021] [FileNumber=31954940-6
] [6f546746abd2159dd7c036b6519bc04676cab8a428d934160961d88ac64efcd398c
a48d6e4db54fca1d4ca5b7a53dc1a10615c254f1b354992622941fc039869]]
**Document description:** Exhibit E to Van Dyk Declaration

**Original filename:** C:\fakepath\8. Exhibit E to Van Dyk Declaration.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/17/2021] [FileNumber=31954940-7
] [20d7b0a3cd4b22f5aa70e6f23b4fef07f27324036ae05db0756fd8a054198740993
441454bca82522f7a86cd316500cb8bd29206cfba2bdeee6c3e514e06dede]]
**Document description:** Exhibit F to Van Dyk Declaration
**Original filename:** C:\fakepath\9. Exhibit F to Van Dyk Declaration.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/17/2021] [FileNumber=31954940-8
] [715f16a97112de56996ef9505b6799089bdc2db3526f947221ab2f2bedbb75dd4c7
30a1a9d628d1418ab796fdaadab4d8ee89eba0080fe477186d6d76200839f]]
**Document description:** Exhibit G to Van Dyk Declaration
**Original filename:** C:\fakepath\10. Exhibit G to Van Dyk Declaration.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/17/2021] [FileNumber=31954940-9
] [40813fa697246ef6e69efcc43198a398c44e7092909b76071f6bd30a0073a7a7421
b22a84b3fa1516b82b7c7df035d8ddc2a882a1512224e8d5959cb2a2ef280]]