```
1   TRACY L. WILKISON
    Acting United States Attorney
2   SCOTT M. GARRINGER
    Assistant United States Attorney
3   Chief, Criminal Division
    ANDREW BROWN (Cal. Bar No. 172009)
4   VICTOR A. RODGERS (Cal. Bar No. 101281)
    MAXWELL COLL (Cal. Bar No. 312651)
5   Assistant United States Attorneys
    Major Frauds/Asset Forfeiture/
6   General Crimes Sections
         1100/1400/1200 United States Courthouse
7        312 North Spring Street
         Los Angeles, California 90012
8        Telephone: (213) 894-0102/2569/1785
         Facsimile: (213) 894-6269/0142/0141
9        E-mail: Andrew.Brown@usdoj.gov
                 Victor.Rodgers@usdoj.gov
10               Maxwell.Coll@usdoj.gov

11  Attorneys for Defendants
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEARCH AND SEIZURE OF BOX NO. 8309 AT U.S. PRIVATE VAULTS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 2:21-cv-03554-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PUSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)** |

    The motion of Defendant United States of America to dismiss the First Amended Complaint for lack of lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) came on regularly for hearing before this Court on August 16, 2021. The Court, having considered the papers submitted by the parties, arguments of counsel and all

other matters presented to the Court in connection with the motion,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the government's motion is granted. Plaintiff's First Amended Complaint is dismissed.

DATE

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/

MAXWELL COLL

Assistant United States Attorney

2