Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
    nvandyk@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
    nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

Attorneys for Movant Dr. Linda R.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE SEARCH AND SEIZURE OF BOX NO. 8309 AT U.S. PRIVATE VAULTS<br><br>Plaintiff,<br><br>UNITED STATES OF AMERICA,<br><br>Defendant, | CASE NO. 2:21-cv-3554 RGK (MAR)<br><br>**DECLARATION OF BENJAMIN N. GLUCK IN SUPPORT OF MOVANT DR. LINDA R.'S OPPOSITION TO GOVERNMENT'S MOTION TO DISMISS**<br><br>*[Filed concurrently with Dr. Linda R.'s Opposition to Government's Motion to Dismiss]*<br><br>Date:   Aug. 16, 2021<br>Time:   9:00 a.m.<br>Crtrm.: 850<br><br>Assigned to Hon. R. Gary Klausner |

3736793.1

DECLARATION OF BENJAMIN N. GLUCK

## DECLARATION OF BENJAMIN N. GLUCK

I, Benjamin N. Gluck, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Movant Dr. Linda R in this action. I make this declaration in support of Dr. Linda R.'s Opposition To Government's Motion To Dismiss. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. During a meet and confer with AUSA Maxwell Coll in preparation for this motion, Mr. Coll emphatically stated that the Government *does not* claim that any items from Box 8309 were permanently lost or stolen.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on July 26, 2021, at Los Angeles, California.

                                          Benjamin N. Gluck