Benjamin N. Gluck - State Bar No. 203997
  bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
  nvandyk@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
  nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

Attorneys for Movant Dr. Linda R

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE SEARCH AND SEIZURE OF BOX NO. 8309 AT U.S. PRIVATE VAULTS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | CASE NO. 2:21-cv-3554 RGK (MAR)<br><br>**NOTICE OF ERRATA TO OPPOSITION TO MOTION TO DISMISS**<br><br>Date:    August 16, 2021<br>Time:    9:00 a.m.<br>Crtrm.:   850<br><br>Assigned to Hon. R. Gary Klausner |

**NOTICE OF ERRATA**

On July 26, 2021, Movant Dr. Linda R. filed an Opposition to the Government's Motion to Dismiss. Due to a miscommunication and an editing error, a heading at Page 5, lines 14-15, reads "Dr. R.'s claims cover much more than just the unreturned coins, including *hundreds of thousands of dollars of* unreturned cash." The italicized words were included in error and Dr. R. respectfully requests

3738139.1

1

that the Court disregard them.  The corrected heading should read "Dr. R.'s claims cover much more than just the unreturned coins, including unreturned cash."

DATED:  July 30, 2021

Benjamin N. Gluck
Nicole R. Van Dyk
Naomi S. Solomon
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.


By: ___*/s/ Benjamin N. Gluck*___
        Benjamin N. Gluck
Attorneys for Movant Dr. Linda R