# EXHIBIT B

Benjamin N. Gluck - State Bar No. 203997
  bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
  nvandyk@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
  nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

Attorneys for Movant Dr. Linda R.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEARCH AND SEIZURE OF BOX NO. 8309 AT U.S. PRIVATE VAULTS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:21-cv-3554 RGK (MAR)<br><br>**DECLARATION OF NICOLE R. VAN DYK IN SUPPORT OF DR. LINDA R.'S SURREPLY IN OPPOSITION TO THE GOVERNMENT'S MOTION TO DISMISS**<br><br>*[Filed concurrently with Dr. Linda R.'s Surreply In Opposition to the Government's Motion to Dismiss]*<br><br>Date:   Aug. 16, 2021<br>Time:   9:00 a.m.<br>Crtrm.:  850<br><br>Assigned to Hon. R. Gary Klausner |

3738967.1

## DECLARATION OF NICOLE R. VAN DYK

I, Nicole R. Van Dyk, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Movant in this action. I make this declaration in support of Movant Dr. Linda R.'s Surreply in Opposition to the Government's Motion to Dismiss. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. On July 28, 2021, I received a letter from the FBI stating that it has terminated federal forfeiture proceedings against certain property belonging to Dr. R., and that the U.S. Treasury Department would release a certain sum to me as Dr. R.'s authorized representative when I complete a Vendor Request Form. Attached hereto as **Exhibit A** is a true and correct copy of the July 28, 2021 letter, signed by SSA Jessie T. Murray. This document has been redacted by my office to protect the privacy rights of Dr. R.

3. On May 3, 2021 AUSA Andrew Brown sent my firm video files he claimed were a video inventory of the contents of Dr. R.'s safe deposit box. That same day, after reviewing the files, my partner, Benjamin Gluck, wrote an email to Mr. Brown disputing that the files were an inventory. Mr. Gluck sent a follow-up email the next day, requesting documentation related to the inventorying of Dr. R.'s possessions. Attached hereto as **Exhibit B** is a true and correct copy of the May 3 and 4, 2021 emails from Mr. Gluck to Mr. Brown. Mr. Brown never responded. This document has been redacted by my office to protect the privacy rights of Dr. R. and other individuals.

3738967.1

2

DECLARATION OF NICOLE R. VAN DYK IN SUPPORT OF DR. LINDA R.'S SURREPLY IN OPPOSITION TO THE GOVERNMENT'S MOTION TO DISMISS
EXHIBIT B TO EX PARTE APPLICATION, PAGE 16

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct, and that I executed this declaration
3  on August 4, 2021, at Los Angeles, California.
4
5                                                     /s/ Nicole R. Van Dyk
                                                      Nicole R. Van Dyk
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3738967.1

3

DECLARATION OF NICOLE R. VAN DYK IN SUPPORT OF DR. LINDA R.'S SURREPLY IN OPPOSITION
TO THE GOVERNMENT'S MOTION TO DISMISS
EXHIBIT B TO EX PARTE APPLICATION, PAGE 17

# EXHIBIT A



U.S. Department of Justice

Federal Bureau of Investigation
Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, California 90024-3672

In Reply, Please Refer to
File No. ▮▮▮▮▮▮▮▮▮▮▮▮

Sent via email.

July 28, 2021

Ms. Linda ▮▮▮▮▮▮
c/o Nicole Van Dyk
Bird Marella
1875 Century Park E. Fl. 23
Los Angeles, CA 90067

RE: Seizure of ▮▮▮▮▮▮ in U.S. Currency
Seizure Number: ▮▮▮▮▮▮
Asset ID Number: ▮▮▮▮▮▮
Party ID Number: ▮▮▮▮

Dear Ms. Van Dyk:

    This is to inform you that the Federal Bureau of Investigation has terminated federal forfeiture proceedings against the above seized property, which can be returned to you as the authorized representative of Ms. Linda ▮▮▮▮▮▮.

    It is now the policy to release the above property through the U.S. Treasury Department. They require the Social Security or Tax ID number and the banking information in order to process this request for funds.

    In order to expedite payment, you must complete and submit a UFMS Vendor Request Form which can be found on the U.S. Marshals Service website at https://www.usmarshals.gov/foia/Forms/UFMS-Vendor-Request.pdf. From there click on the form titled "Vendor Request Form." The second page contains specific instructions that will assist you with completing the form. You must include your Party ID Number, as listed in the caption above, in Box 24 (NCIC/TPID Code).

Please electronically compete the UFMS Vendor Request Form and e-mail it to the U.S. Marshals Service within 30 days at AFD.ACHForms@usdoj.gov. Questions regarding this form should be directed to the U.S. Marshals Service, Financial Operations Unit at (703) 740-9326 or AFD.ACHForms@usdoj.gov. You may also contact PS ▮▮▮▮ at ▮▮▮▮ for any questions regarding this process.

Sincerely,

Kristi K. Johnson
Assistant Director in Charge

By: *[signature]*
Jessie T. Murray
Supervisory Special Agent

# EXHIBIT B

| | |
|---|---|
| **From:** | Benjamin N. Gluck |
| **To:** | Brown, Andrew (USACAC); Ashley D. Bowman; Nicole R. Van Dyk; Naomi S. Solomon; maxwell.coll@usdoj.gov |
| **Subject:** | RE: Guide to creating a USAfx account (for discovery Linda ▮) |
| **Date:** | Tuesday, May 4, 2021 9:12:00 AM |
| **Attachments:** | image003.png |

Dear Andrew,

1) I forgot to ask for two additional items: (a) the soundtrack to the video you sent us and (b) a copy of the notes the agent seems to have created towards the end of the second video.
2) I have added your colleague Maxwell Coll to this correspondence since he has made an appearance in the matter. (Good to meet you Mr. Coll.)

Benjamin

---

**From:** Benjamin N. Gluck
**Sent:** Monday, May 3, 2021 9:41 PM
**To:** Brown, Andrew (USACAC) <Andrew.Brown@usdoj.gov>; Ashley D. Bowman <abowman@birdmarella.com>; Nicole R. Van Dyk <nvandyk@birdmarella.com>; Naomi S. Solomon <nsolomon@birdmarella.com>
**Subject:** RE: Guide to creating a USAfx account (for discovery Linda ▮)

Andrew,

I downloaded a copy from Nicole so I don't need to download it again.

Have you watched the video? I just did and it's no use as an inventory at all. Instead, all it proves is that the agents did not conduct anything resembling an inventory or even bother to display all of Dr. R.'s possessions to the camera. For example, in the screenshot below, the agent shows the camera what appears to be a single tube of coins that he removed from the bag in his left hand but he never displays to the camera rest of contents of the bag. (You can watch this yourself in file 00055 at 21:00-21:20.) That is essentially the way the entire "inventory" was done – the agents just generally flashed envelopes of coins (e.g., 2:52) or stacks of cash (9:15) towards the camera and then handed them to someone off-camera. There is no way to know how many or which coins were in the envelopes or how much cash was there. Indeed, there are bags that the agents never even opened to display their contents to the camera at all (22:18) and containers whose lids they removed but whose contents were never displayed (21:53). This means there is no way to know how much they removed from the Dr. R.'s box in the first place and there's no record of what happened to the items they removed. Instead of proving Dr. R. wrong, this video merely underscores the shambolic nature of the seizure and purported inventory process.

This is a very real problem.

We also note that we asked for the chain-of-custody documents that are required under 41 CFR 128-50.101 and for the written inventory policies referenced in the affidavits and search warrant.

Have a pleasant evening.

Benjamin



**From:** Benjamin N. Gluck
**Sent:** Monday, May 3, 2021 7:59 PM
**To:** Brown, Andrew (USACAC) <Andrew.Brown@usdoj.gov>; Ashley D. Bowman <abowman@birdmarella.com>; Nicole R. Van Dyk <nvandyk@birdmarella.com>
**Subject:** RE: Guide to creating a USAfx account (for discovery Linda ▇▇▇▇)

My cell is ▇▇▇▇▇▇▇▇▇▇

---

**From:** Brown, Andrew (USACAC) <Andrew.Brown@usdoj.gov>
**Sent:** Monday, May 3, 2021 5:52 PM
**To:** Benjamin N. Gluck <bgluck@birdmarella.com>; Ashley D. Bowman <abowman@birdmarella.com>; Nicole R. Van Dyk <nvandyk@birdmarella.com>
**Subject:** Guide to creating a USAfx account (for discovery Linda ▇▇▇▇)

We do discovery through the cloud mostly now. The agents have uploaded the video of Dr. ▇▇▇▇ box to USAfx, which works like Box.

First, I need to get you an account. Second, I then need to give your account access to the discovery folder. Please reply with your cell phone number, which USAfx will use to text you a password.

Cheers.

Andrew Brown │ Assistant United States Attorney │ Major Frauds Section
U.S. Attorney's Office Room 1149 │ 312 N. Spring St. │ Los Angeles, CA 90012
Tel: 213-894-0102 │ Fax: 213-894-6269 │ Andrew.Brown@USDOJ.gov