Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
    nvandyk@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
    nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Movant Dr. Linda R.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEARCH AND SEIZURE OF BOX NO. 8309 AT U.S. PRIVATE VAULTS, | CASE NO. 2:21-cv-3554 RGK (MAR) |
| Plaintiff, | **DECLARATION OF NAOMI S. SOLOMON IN SUPPORT OF DR. LINDA R.'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO THE GOVERNMENT'S MOTION TO DISMISS** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | *[Filed concurrently with Ex Parte Application for Leave to File Surreply in Opposition to the Government's Motion to Dismiss; and [Proposed] Order]* |
| | Date:    Aug. 16, 2021<br>Time:    9:00 a.m.<br>Crtrm.:  850 |
| | Assigned to Hon. R. Gary Klausner |

3738784.1

DECLARATION OF NAOMI S. SOLOMON IN SUPPORT OF DR. LINDA R.'S *EX PARTE* APPLICATION FOR
LEAVE TO FILE SURREPLY

## DECLARATION OF NAOMI S. SOLOMON

I, Naomi S. Solomon, declare as follows:

1.      I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Movant in this action.  I make this declaration in support of Movant Dr. Linda R.'s *Ex Parte* Application for Leave to File a Surreply in Opposition to the Government's Motion to Dismiss.  Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.      On August 4, 2021, at approximately 9:50 a.m., I called government counsel AUSA Maxwell Coll and provided oral notice of Movant's *ex parte* application.  I told Mr. Coll that we will seek leave to file a surreply responding to the new arguments in the Government's Reply in support of its Motion to Dismiss Dr. R.'s action.

3.      Mr. Coll advised that the Government would oppose the *ex parte* application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on August 4, 2021, at Los Angeles, California.

/s/ Naomi S. Solomon
Naomi S. Solomon