| | |
|---|---|
| 1 | Benjamin N. Gluck - State Bar No. 203997 |
| |     bgluck@birdmarella.com |
| 2 | Nicole R. Van Dyk - State Bar No. 261646 |
| |     nvandyk@birdmarella.com |
| 3 | Naomi S. Solomon - State Bar No. 321357 |
| |     nsolomon@birdmarella.com |
| 4 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |
| 5 | 1875 Century Park East, 23rd Floor |
| | Los Angeles, California 90067-2561 |
| 6 | Telephone: (310) 201-2100 |
| | Facsimile:  (310) 201-2110 |

Attorneys for Movant Dr. Linda R.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEARCH AND SEIZURE OF BOX NO. 8309 AT U.S. PRIVATE VAULTS, <br><br>           Plaintiff, <br><br>vs. <br><br>UNITED STATES OF AMERICA, <br><br>           Defendant. | CASE NO. 2:21-cv-3554 RGK (MAR) <br><br>**[PROPOSED] ORDER GRANTING MOVANT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SURREPLY** <br><br>*[Filed concurrently with Movant's Ex Parte Application for Leave to File Surreply in Opposition to Defendants' Motion to Dismiss; Declaration of Naomi S. Solomon in Support of Ex Parte Application]* <br><br>Date: Aug. 16, 2021 <br>Time: 9:00 a.m. <br>Crtrm.: 850 <br><br>Assigned to Hon. R. Gary Klausner |

3739177.1

# [PROPOSED] ORDER

This matter came before the Court on Movant's *Ex Parte* Application for Leave to File Surreply in Opposition to Defendants' Motion to Dismiss ("Application"). Having considered the parties' papers, and all documents and pleadings of record, Movant's Application is hereby **GRANTED**. Movant is ordered to file the Surreply and supporting Declaration attached as Exhibits A and B to her *ex parte* application forthwith.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Honorable R. Gary Klausner
United States District Judge