| | |
|---|---|
| 1 | Benjamin N. Gluck - State Bar No. 203997 |
|   |     bgluck@birdmarella.com |
| 2 | Nicole R. Van Dyk - State Bar No. 261646 |
|   |     nvandyk@birdmarella.com |
| 3 | Naomi S. Solomon - State Bar No. 321357 |
|   |     nsolomon@birdmarella.com |
| 4 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, |
|   | DROOKS, LINCENBERG & RHOW, P.C. |
| 5 | 1875 Century Park East, 23rd Floor |
|   | Los Angeles, California 90067-2561 |
| 6 | Telephone: (310) 201-2100 |
|   | Facsimile:  (310) 201-2110 |
| 7 | |
| 8 | Attorneys for Movant Dr. Linda R. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SEARCH AND SEIZURE OF BOX NO. 8309 AT U.S. PRIVATE VAULTS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 2:21-cv-3554 RGK (MAR)<br><br>**[PROPOSED] ORDER GRANTING MOVANT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SURREPLY**<br><br>*[Filed concurrently with Movant's Ex Parte Application for Leave to File Surreply in Opposition to Defendants' Motion to Dismiss; Declaration of Naomi S. Solomon in Support of Ex Parte Application]*<br><br>Date:    Aug. 16, 2021<br>Time:   9:00 a.m.<br>Crtrm.:  850<br><br>Assigned to Hon. R. Gary Klausner |

# DENIED
## BY ORDER OF THE COURT

3739177.1

[PROPOSED] ORDER GRANTING MOVANT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SURREPLY

**[PROPOSED] ORDER**

~~This matter came before the Court on Movant's *Ex Parte* Application for Leave to File Surreply in Opposition to Defendants' Motion to Dismiss ("Application"). Having considered the parties' papers, and all documents and pleadings of record, Movant's Application is hereby **GRANTED**. Movant is ordered to file the Surreply and supporting Declaration attached as Exhibits A and B to her *ex parte* application forthwith.~~

The Ex Parte Application is DENIED.

**IT IS SO ORDERED.**

Dated: August 6, 2021

*[signature: Gary Klausner]*

The Honorable R. Gary Klausner
United States District Judge