JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-03554-RGK-MAR | Date | September 16, 2021 |
|---|---|---|---|
| Title | *Search and Seizure of Box No. 8309 at U.S. Private Vaults v. United States of America* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Twyla Freeman | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:     Attorneys Present for Defendant:

Not Present                          Not Present

**Proceedings:**   **(IN CHAMBERS) Order Re: Motion to Dismiss the First Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [DE 18]**

The fourteen-day deadline set forth in the Court's order of August 30 (ECF No. 28) having passed without further filing from any party, the Court presumes that the conditions set forth in that order at Page 6 have been satisfied and therefore **DISMISSES** this case in its entirety.

**IT IS SO ORDERED.**

                                                                                   :

Initials of Preparer